NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3088

NICHOLAS TROBOVIC,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated case nos. NY0353080118-I-1, NY0353080130-I1, NY0752080012-I-2, and PH3443080242-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The General Services Administration (GSA) moves to stay the briefing schedule in this petition pending disposition of Trobovic v. General Services Administration, 2008-3229.

GSA states that both petitions involve the same issue, i.e., whether a settlement agreement between GSA and Nicholas Trobovic was valid. GSA states that the court's decision will likely control the outcome of this petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to stay the briefing schedule is granted. GSA is directed to notify this court within 14 days of the issuance of the mandate in 2008-3229, concerning

how it believes this petition should proceed. Trobovic may also respond within that time.

(2) A copy of this order shall be transmitted to the merits panels assigned to 2008-3229, to inform that panel of this related petition.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc:   Nicholas S. Trobovic
      Joan Stentiford-Swyers, Esq.

s20

2009-3088                          2